United States District Court
Southern District of Texas
**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL WEST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-04009 |
| | § | |
| BP EXPLORATION & PRODUCTION INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached.  The case

is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety

(90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on April 8, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge